UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OMAR TINOCO,

Plaintiff,

v.

SATF/CORCORAN CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

Defendants.

Case No. 1:26-cv-02176-HBK (PC)

ORDER DENYING DEFENDANT'S MOTION AS UNNECESSARY

(Doc. 5)

On March 19, 2026, Defendants Cisneros, Castrejon, Conway, Williams, and Zavala removed this action from Kings County Superior Court to this Court based on federal question jurisdiction. (Doc. 1). On July 24,2026, pro se Plaintiff filed a Second Amended Complaint in response to the Court's June 23, 2026 screening order under 28 U.S.C. § 1915A(a), which found that the operative complaint stated a cognizable Eighth Amendment excessive use of force claim and a Bane Act claim against Defendant Castrejon, but no other claim. (Doc. 4). Defendant Castrejon now moves the Court to screen the Second Amended Complaint, which asserts claims in addition to the cognizable Eighth Amendment excessive force claim identified in the Court's prior screening order. (Doc. 5).

Defendants' request that the Court "screen" Plaintiff's Second Amended Complaint is denied as unnecessary. The screening of prisoner civil actions is mandated by statute, and the

Court already has, and will continue to exercise, that responsibility without the need for a separate order.

The Court is mindful of its obligation to manage prisoner civil rights cases efficiently, but must do so in light of the demands of its overall caseload and in a manner that treats all litigants fairly. The Court therefore will screen the Second Amended Complaint in due course, as its schedule permits, without further motion practice directed to the timing or manner of screening.

Accordingly, IT IS ORDERED:

Defendant Casterjon's request for a screening order (Doc. 5) is DENIED as UNNECESSARY and the Court will screen Plaintiff's Second Amended Complaint pursuant to 28 U.S.C. § 1915A in due course, as the Court's schedule permits and consistent with the efficient management of its docket.

Dated: August 3, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE